FILED
2008 JUL 28 AM 11:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNH___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2295

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> Ruth Imelda GAMEZ-Hernandez (1), <br>     Defendant. | Magistrate Case No.: <br><br> COMPLAINT FOR VIOLATION OF <br><br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled <br> Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about July 25, 2008 within the Southern District of California, defendant Ruth Imelda GAMEZ-Hernandez, did knowingly and intentionally import approximately 24.18 kilograms (53.19 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th DAY OF JULY 2008.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Enrique Torregrosa, declare under penalty of perjury, the following is true and correct:

On July 25, 2008 at approximately 1137 hours Ruth Imelda GAMEZ-Hernandez entered the United States through the Calexico, California West Port of Entry (POE). GAMEZ was the driver, registered owner and sole occupant of a 2006 Honda Accord bearing BAMX license plates #AJA1041.

At pre-primary Customs & Border Protection (CBP) Canine Officer J. Jones advised CBP Canine Officer Smura that his assigned Human/Narcotic Detector Dog alerted to the gas tank of a 2006 Honda Accord bearing BAMX license plates number AJA1041. CBP Canine Officer Smura identified the driver as Ruth Imelda GAMEZ-Hernandez by her DSP-150 (Border Crossing Card). CBP Canine Officer Smura escorted GAMEZ to the vehicle secondary office, where a pat-down was conducted with negative results. CBP Officer Morris drove the 2006 Honda from primary lanes to the vehicle secondary lot. CBP Officer Morris contacted GAMEZ and obtained a negative Customs Declaration.

CBP Officer Morris asked GAMEZ about the vehicle she was driving and she stated that she owned the vehicle since February of 2008. CBP Officer Morris also asked her where she was going and she stated that she was going shopping to Wal-Mart and Mervin's in Calexico, California. CBP Officer Morris went out to the vehicle secondary lot and conducted a seven point inspection on the vehicle. CBP Officer Morris and CBP Canine Officer Jones located an access plate located on top of the gas tank. CBP Officer Morris and CBP Canine Officer Jones pried open the access plate and several packages were seen wrapped with black doc tape. CBP Officer Morris probed one of the packages and obtained a white powdery substance, which field-tested positive for cocaine.

CBP Officer Morris removed twenty (20) packages from a specially built compartment located within the gas tank of the vehicle and obtained a total net weight of 24.18 (53.19 pounds) of cocaine.

Calexico ICE Special Agents Torregrosa and Rosalinda Estrada were notified and responded to the Calexico West POE.

GAMEZ was arrested in violation of 21 U.S.C. § 952 & 960, Importation of a Controlled Substance. GAMEZ acknowledged and invoked her Miranda Rights.

Executed on July 25, 2008 @ <u>1700 hours</u>.

Enrique Torregrosa, Special Agent
U. S. Immigration & Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of <u>2</u> pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 07/25/08 in violation of 21 U.S.C. §§ 952 & 960.

_____
Leo S. Papas
United States Magistrate Judge

July 25, 2008  6:50 PM
Date/Time