1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Ms. Gamez-Hernandez

8                     UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,      ) Case No. 08mj2295
   |                                )
12 |             Plaintiff,          )
   |                                )
13 | v.                              )
   |                                ) **NOTICE OF APPEARANCE**
14 | **RUTH IMELDA GAMEZ-HERNANDEZ,**)
   |                                )
15 |             Defendant.          )
   |                                )

          Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                          Respectfully submitted,

Dated: July 30, 2008                       s/ *Michelle Betancourt*
                                          **MICHELLE BETANCOURT**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
                                          michelle_betancourt@fd.org

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Gamez-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj2295 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **RUTH IMELDA GAMEZ-HERNANDEZ**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    efile.dkt.gc1@usdoj.gov,

Dated: July 30, 2008

    *s/ Michelle Betancourt*
    MICHELLE BETANCOURT
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467 (tel)
    (619) 687-2666 (fax)
    e-mail: michelle_betancourt@fd.org